**Order entered September 21, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00552-CV**

**WWLC INVESTMENT, L.P., Appellant**

**V.**

**SORAB MIRAKI, Appellee**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. NO. 471-06552-2019**

**ORDER**

Before the Court is appellant's September 18, 2020 motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **October 14, 2020**.

/s/     BILL WHITEHILL
         JUSTICE